OFFICE OF THE COUNTY COUNSEL
KATHARINE L. ELLIOTT, County Counsel (State Bar No. 135253)
TREVOR KOSKI, Assistant County Counsel (State Bar No. 250230)
SIMS ELY, Deputy County Counsel (State Bar No. 304469)
950 Maidu Avenue, Suite 240
Nevada City, CA 95959
Telephone:    (530) 265-1319
Facsimile:    (530) 265-9840
E-mail:    kit.elliott@nevadacountyca.gov
          trevor.koski@nevadacountyca.gov
          s.ely@nevadacountyca.gov
          county.counsel@nevadacountyca.gov

Attorneys for Defendant NEVADA COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS, <br><br> Plaintiff, <br><br> vs. <br><br> NEVADA COUNTY, CALIFORNIA, <br><br> Defendant. | Case No.: 2:25-cv-01932-WBS-SCR <br><br> **ANSWER TO COMPLAINT** <br><br> Complaint Filed July 10, 2025 |

Defendant, Nevada County, submits this Answer to Plaintiff's Complaint as follows:

Defendant reserves the right to amend, add, or strike affirmative defenses as discovery ensues or due to any inadvertence. Defendant further reserves the right to raise additional affirmative defenses and/or submit such at trial, which are subsequently discovered through the

---
– 1 –
ANSWER TO COMPLAINT - 2:25-cv-01932-WBS-SCR

discovery process. Defendant denies any allegations of the Complaint not specifically admitted herein.

## I. ANSWER TO "NATURE OF ACTION"

1.  Answering Paragraph 5, Defendant admits that 20896 Dog Bar Road, Grass Valley California is located in the unincorporated area of Nevada County. Defendant submits that the Paragraph also contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains other allegations of fact, Defendant denies the allegations.

2.  Answering Paragraph 2, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

3.  Answering Paragraph 3, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

4.  Answering Paragraph 4, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

5.  Answering Paragraph 5, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

## II. ANSWER TO "PARTIES"

6.  Answering Paragraph 6, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

7.  Answering Paragraph 7, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

8. Answering Paragraph 8, Defendant admits the allegations.

### III. ANSWER TO "JURISDICTION AND VENUE"

9. Answering Paragraph 9, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

10. Answering Paragraph 10, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

11. Answering Paragraph 11, Defendant admits that Nevada County is in this District. Defendant submits that the Paragraph also contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains other allegations of fact, Defendant denies the allegations.

12. Answering Paragraph 12, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

### IV. ANSWER TO "INTRADISTRICT ASSIGNMENT"

13. Answering Paragraph 13, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

### V. ANSWER TO FACTS COMMON TO ALL PARTIES

**Answer to "The Application and the Project"**

14. Answering Paragraph 14, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

1    15.    Answering Paragraph 15, Defendant admits that Plaintiff filed an Application for a use permit to build, operate, and maintain an unoccupied personal wireless facility on November 8, 2023. Defendant submits that the Paragraph also contains conclusory and/or speculative statements that are not allegations of fact but, to the extent the Paragraph contains any other allegations of fact, Defendant denies the allegations.

    16.    Answering Paragraph 16, Defendant admits that the Project site is a 14-acre property at 20896 Dog Bar Road, which is developed with a residence, barn, and various other accessory structures (the "Property"), that the Property is zoned AG—General Agricultural, and is surrounded by low-density development consisting of single-family residences and ranch/agricultural uses. Defendant lacks sufficient information or belief upon which to either admit or deny the other allegations, and based thereon denies all other allegations contained therein.

    17.    Answering paragraph 17, Defendant submits that the Paragraph contains conclusory statements that are not allegations of fact but, to the extent the Paragraph contains any allegations of fact, Defendant denies the allegations.

    18.    Answering Paragraph 18, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

    19.    Answering Paragraph 19, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

**Answer to "The County's Review and Unlawful Denial of the Application"**

    20.    Answering Paragraph 20, Defendant admits the allegations.

    21.    Answering Paragraph 21, Defendant admits that Planning department staff prepared a report analyzing the Project's compliance with the requirements for approval under

the Nevada County Code and other applicable law and that such report concluded that the Project met all applicable requirements.

22. Answering paragraph 22, Defendant admits that Planning staff recommended that the Zoning Administrator approve the Application. Defendant admits the quotes attributable to Planning staff, but regarding the Plaintiff's construction of the language in the Paragraph to form an argumentative narrative, Defendant denies the allegations.

23. Answering Paragraph 23, Defendant admits the allegations.

24. Answering paragraph 24, Defendant admits that Project opponents raised concerns about the potential environmental effects of radiofrequency emissions and that Project opponents also complained about aesthetics, noise, property values, and fire danger. Defendant submits that the Paragraph also contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains other allegations of fact, Defendant denies the allegations.

25. Answering Paragraph 25, Defendant admits the allegations.

26. Answering Paragraph 26, Defendant admits the allegations.

27. Answering Paragraph 27, Defendant admits that Plaintiff submitted a letter to the Nevada County Board of Supervisors on July 5, 2024, refuting the Appeal. To the extent that the letter contains allegations of fact within it, Defendant denies the allegations of fact within the letter itself.

28. Answering Paragraph 28, Defendant admits the allegations.

29. Answering Paragraph 29, Defendant admits the allegations.

30. Answering Paragraph 30, Defendant admits that Plaintiff presented at the July 9, 2024, hearing. Defendant submits that the Paragraph also contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains other allegations of fact, Defendant denies the allegations.

31. Answering Paragraph 31, Defendant admits the allegations.

32. Answering Paragraph 32, Defendant admits that the Board of Supervisors requested additional photosimulations and information regarding a gap in service. Defendant further admits that Plaintiff agreed to toll the FCC shot clock. Defendant submits that the Paragraph also contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains other allegations of fact, Defendant denies the allegations.

33. Answering Paragraph 33, Defendant admits that Plaintiff submitted more information after the July 9, 2024, hearing. Defendant lacks sufficient information or belief upon which to either admit or deny the allegations regarding Plaintiff's actions, and based thereon denies all allegations contained therein related thereto. The Paragraph also contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains other allegations of fact, Defendant denies the allegations.

34. Answering Paragraph 34, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

35. Answering Paragraph 35, Defendant admits that the Planning department staff prepared another report in support of Plaintiff's Application. Defendant admits to the quotes attributed to Planning staff, but regarding the Plaintiff's construction of the language in the Paragraph to form an argumentative narrative, Defendant denies the allegations.

36. Answering Paragraph 36, Defendant admits the allegations.

37. Answering Paragraph 37, Defendant lacks sufficient information or belief upon which to either admit or deny the allegation regarding Appellant's state of mind as applied to Plaintiff's propagation maps and as to whether or not those propagation maps demonstrated a significant gap, and based thereon denies all allegations contained therein related thereto. Defendant admits that Appellant, and other members of the public, spoke to concerns regarding fire risk, RF emissions, aesthetics, and decrease in property values, but Defendant denies the

allegation that claims were expressly made that the decrease in property values would be due to RF emissions.

38. Answering Paragraph 38, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

39. Answering Paragraph 39, Defendant admits the allegations.

40. Answering Paragraph 40, Defendant states that the oral record of the hearing speaks for itself. Defendant admits that, after taking a short break, Supervisor Scofield amended his motion to a resolution to uphold the Appeal, overturning the Zoning Administrator approval. Defendant admits that the Board denied the Application at the August 20, 2024, hearing.

41. Answering Paragraph 41, Defendant submits that the Paragraph contains conclusory statements that are argumentative, not allegations of fact, and contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains any allegations of fact, Defendant denies such allegations.

42. Answering Paragraph 42, Defendant admits that the Board heard a presentation from Plaintiff. Defendant submits that the Paragraph also contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains other allegations of fact, Defendant denies the allegations.

43. Answering Paragraph 43, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

**Answer to "Grounds for Declaratory Relief"**

44. Answering Paragraph 44, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

45. Answering Paragraph 45, Defendant denies that Plaintiff is entitled to any relief whatsoever.

### Answer to "Grounds for Injunctive Relief"

46. Answering Paragraph 46, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

47. Answering Paragraph 47, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

48. Answering Paragraph 48, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

49. Answering Paragraph 49, Defendant lacks sufficient information or belief upon which to either admit or deny the allegation regarding Plaintiff's statements regarding the importance and necessity of its own wireless service facilities, and based thereon denies all allegations contained therein related thereto. Defendant submits that the Paragraph also contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains other allegations of fact, Defendant denies the allegations.

50. Answering Paragraph 50, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

### VI. ANSWER TO "FIRST CLAIM FOR RELIEF"

51. Answering Paragraph 51, Defendant submits that the Paragraph contains conclusory statements that are not allegations of fact but, to the extent the Paragraph contains any allegations of fact, Defendant denies the allegations.

52. Answering Paragraph 52, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

53. Answering Paragraph 53, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

54. Answering Paragraph 54, Defendant submits that the Paragraph contains conclusory statements that are not allegations of fact but, to the extent the Paragraph contains any allegations of fact, Defendant denies the allegations. Defendant denies that Plaintiff is entitled to any relief whatsoever.

### VII. ANSWER TO "SECOND CLAIM FOR RELIEF"

55. Answering Paragraph 55, Defendant submits that the Paragraph contains conclusory statements that are not allegations of fact but, to the extent the Paragraph contains any allegations of fact, Defendant denies the allegations.

56. Answering Paragraph 56, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

57. Answering Paragraph 57, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

58. Answering Paragraph 58, Defendant submits that the Paragraph contains conclusory statements that are not allegations of fact and contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains any allegations of fact, Defendant denies the allegations.

59. Answering Paragraph 59, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

60. Answering Paragraph 60, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

61. Answering Paragraph 61, Defendant submits that the Paragraph contains conclusory statements that are not allegations of fact and contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains any allegations of fact, Defendant denies such allegations. Defendant lacks sufficient information or belief upon which to either admit or deny the allegation regarding Plaintiff's statements regarding its future intention to provide a new dominant signal or the offloading of three existing facilities, and based thereon denies all allegations contained therein related thereto.

62. Answering Paragraph 62, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

63. Answering Paragraph 63, Defendant submits that the Paragraph contains conclusory statements that are not allegations of fact but, to the extent the Paragraph contains any allegations of fact, Defendant denies the allegations. Defendant denies that Plaintiff is entitled to any relief whatsoever.

## VIII. ANSWER TO "THIRD CLAIM FOR RELIEF"

64. Answering Paragraph 64, Defendant submits that the Paragraph contains conclusory statements that are not allegations of fact but, to the extent the Paragraph contains any allegations of fact, Defendant denies the allegations.

65. Answering Paragraph 65, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

66. Answering Paragraph 66, Defendant submits that the Paragraph contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains allegations of fact, Defendant denies the allegations.

67. Answering Paragraph 67, Defendant admits that Plaintiff submitted a report prepared by a third party. Defendant submits that the Paragraph also contains conclusory statements that are not factual allegations and contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains other allegations of fact, Defendant denies the allegations.

68. Answering Paragraph 68, Defendant submits that the Paragraph contains conclusory statements that are not factual allegations and contains legal conclusions or arguments that require no answer but, to the extent the Paragraph contains other allegations of fact, Defendant denies the allegations.

69. Answering Paragraph 69, Defendant submits that the Paragraph contains conclusory statements that are not allegations of fact but, to the extent the Paragraph contains any allegations of fact, Defendant denies the allegations. Defendant denies that Plaintiff is entitled to any relief whatsoever.

## IX. ANSWER TO PLAINTIFF'S "PRAYER FOR RELIEF"

1. Defendant denies that Plaintiff is entitled to any relief whatsoever.
2. Defendant denies that Plaintiff is entitled to any relief whatsoever.
3. Defendant denies that Plaintiff is entitled to any relief whatsoever.
4. Defendant denies that Plaintiff is entitled to any relief whatsoever.
5. Defendant denies that Plaintiff is entitled to any relief whatsoever.
6. Defendant denies that Plaintiff is entitled to any relief whatsoever.

7. Defendant denies that Plaintiff is entitled to any relief whatsoever.

8. Defendant denies that Plaintiff is entitled to any damages, costs, or any relief whatsoever.

9. Defendant denies that Plaintiff is entitled to any relief whatsoever.

## GENERAL DENIAL

Unless expressly and unequivocally admitted above, Defendant denies all of the allegations set forth in the Complaint.

## AFFIRMATIVE DEFENSES

Defendant hereby pleads the following separate and additional defenses to the Complaint. By alleging the separate and additional defenses set forth below, Defendant intends no alteration of the burden of proof and/or burden of going forth with evidence that otherwise exists with respect to any issue at law or in equity. Without limiting or waiving any defenses available to it, and based on information and belief unless otherwise stated, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

**(Lack of Subject Matter Jurisdiction)**

This Court lacks subject matter jurisdiction over some or all of Plaintiff's claims.

### THIRD AFFIRMATIVE DEFENSE

**(Failure to Exhaust Administrative Remedies)**

Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to exhaust administrative remedies.

### FOURTH AFFIRMATIVE DEFENSE

**(Lawful Exercise of Police Powers)**

Defendant's actions were a lawful exercise of its police powers and regulatory authority.

## FIFTH AFFIRMATIVE DEFENSE

**(Compliance with Applicable Law)**

Defendant has complied with all applicable federal, state, and local laws, regulations, and ordinances.

## SIXTH AFFIRMATIVE DEFENSE

**(Substantial Evidence)**

Defendant's decision regarding Plaintiff's Application was supported by substantial evidence in the record.

## SEVENTH AFFIRMATIVE DEFENSE

**(No Effective Prohibition)**

Defendant's decision regarding Plaintiff's Application does not prohibit or effectively prohibit the provision of personal wireless services.

## EIGHTH AFFIRMATIVE DEFENSE

**(Aesthetic and Zoning Considerations)**

Defendant's decision regarding Plaintiff's Application was validly based on aesthetic and zoning considerations.

## NINTH AFFIRMATIVE DEFENSE

**(Non-Discrimination)**

Defendant's decision regarding Plaintiff's Application does not unreasonably discriminate among providers of functionally equivalent services.

## TENTH AFFIRMATIVE DEFENSE

**(Compliance with Local Ordinances)**

Defendant's decision regarding Plaintiff's Application was validly based on compliance with local zoning ordinances and regulations.

//

//

**RESERVATION OF ADDITIONAL DEFENSES**

Defendant reserves the right to add, delete, or modify any and all defenses which may pertain to the Complaint that are now or may become available in this action through clarification or amendment of the Complaint, through discovery, through further legal analysis of Plaintiff's or Defendant's claims and positions in this litigation, or otherwise.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

1. That Plaintiff take nothing from Defendant and that judgment be awarded in favor of Defendant;

2. That no declaratory judgments, preliminary or permanent injunctions, be issued in this matter;

3. That the Complaint be dismissed with prejudice;

4. That the Defendant recover costs of suit, including attorneys' fees; and

5. That Defendant be awarded such other and further relief as the Court deems just and proper.

Dated: August 7, 2025

**OFFICE OF THE COUNTY COUNSEL, NEVADA COUNTY**

*/s/ Sims Ely*
Sims Ely
Deputy County Counsel, Nevada County
Attorneys for Defendant

## CERTIFICATE OF SERVICE

United States District Court, Eastern District
Case Name: *Sacramento Valley Limited Partnership d/b/a Verizon Wireless vs. Nevada County, California*
Case No.:

I declare I am employed in the County of Nevada, State of California. I am over the age of 18 years and not a party to the within action; my business address is: Office of the County Counsel, Eric Rood Administration Center, 950 Maidu Avenue, Suite 240, Nevada City, California 95959-8617.

On August 7, 2025, I served the following on the parties to this action by **electronic mail** as follows:

ANSWER TO COMPLAINT

| | |
|---|---|
| Paul B. Albritton & Melanie Sengupta Mackenzie & Albritton LLP 155 Sansone Street, Suite 620 San Francisco, CA 94104 pa@mallp.com m.sengupta@mallp.com | Attorneys for Plaintiff Sacramento Valley Limited Partnership d/b/a Verizon Wireless |

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct.

Executed this 7th day of August, 2025, at Nevada City, California.

*Michelle Greenspan*
Michelle Greenspan, Senior Office Assistant