

# United States District Court
# Eastern District of California

**SACRAMENTO VALLEY LIMITED PARTNERS**
Plaintiff(s)

V.

**NEVADA COUNTY, CALIFORNIA**
Defendant(s)

Case Number: 25-CV-01932

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrew J. Campanelli hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Kristin Phalen (Putative Intervenor)

On 03/03/1993 (date), I was admitted to practice and presently in good standing in the U.S. District Court, Eastern District, New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/04/2025      Signature of Applicant: /s/ Andrew J. Campanelli

**Pro Hac Vice Attorney**

Applicant's Name: Andrew J. Campanelli

Law Firm Name: Campanelli & Associates P.C.

Address: 1757 Merrick Avenue, Suite 204

City: Merrick   State: NY   Zip: 11566

Phone Number w/Area Code: (516) 746-1600

City and State of Residence: Merrick, New York

Primary E-mail Address: ajc@campanellipc.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ariel Strauss

Law Firm Name: Law Offices of Ariel Strauss

Address: 92 Pine Hill Dr.

City: El Sobrante   State: CA   Zip: 94803

Phone Number w/Area Code: (310) 709-1213   Bar #: 282230

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____                    _____
                                            JUDGE, U.S. DISTRICT COURT