PAUL B. ALBRITTON, State Bar No. 104172
MELANIE SENGUPTA, State Bar No. 244615
MACKENZIE & ALBRITTON LLP
155 Sansome Street, Suite 620
San Francisco, CA 94104
Telephone: (415) 288-4000
Facsimile: (415) 288-4010
Emails: pa@mallp.com
 m.sengupta@mallp.com

Attorneys for Plaintiff SACRAMENTO-
VALLEY LIMITED PARTNERSHIP, d/b/a
VERIZON WIRELESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA COUNTY, CALIFORNIA,<br><br>Defendants. | Case No. 2:25-cv-01932-WBS-SCR<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

1
CERTIFICATE OF INTERESTED PARTIES

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: September 12, 2025

MACKENZIE & ALBRITTON LLP

/s/ Melanie Sengupta
MELANIE SENGUPTA
Attorneys for Plaintiff
SACRAMENTO VALLEY LIMITED
PARTNERSHIP, d/b/a VERIZON WIRELESS

NEVADA COUNTY COUNSEL

/s/ Sims Ely (as authorized on September 12, 2025)
SIMS ELY, State Bar No. 304469
Deputy County Counsel
Office of the Nevada County Counsel
950 Maidu Ave, Suite 240
Nevada City, California 95959-8600
Telephone: (530) 265-1319
Email: s.ely@nevadacountyca.gov

Attorneys for Defendant
NEVADA COUNTY, CALIFORNIA

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____