1  PAUL B. ALBRITTON, State Bar No. 104172
   MELANIE SENGUPTA, State Bar No. 244615
2  MACKENZIE & ALBRITTON LLP
3  155 Sansome Street, Suite 620
   San Francisco, CA 94104
4  Telephone: (415) 288-4000
   Facsimile: (415) 288-4010
5  Emails: pa@mallp.com
           m.sengupta@mallp.com
6
7  Attorneys for Plaintiff SACRAMENTO-
   VALLEY LIMITED PARTNERSHIP, d/b/a
8  VERIZON WIRELESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS, <br><br> Plaintiff, <br><br> vs. <br><br> NEVADA COUNTY, CALIFORNIA, <br><br> Defendants. | Case No. 2:25-cv-01932-WBS-SCR <br><br> **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
|---|---|

1

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: September 15, 2025

                                      MACKENZIE & ALBRITTON LLP

                                      /s/ Melanie Sengupta
                                      MELANIE SENGUPTA
                                      Attorneys for Plaintiff
                                      SACRAMENTO VALLEY LIMITED
                                      PARTNERSHIP, d/b/a VERIZON WIRELESS


                                      NEVADA COUNTY COUNSEL


                                      /s/ Sims Ely (as authorized on September 12, 2025)
                                      SIMS ELY, State Bar No. 304469
                                      Deputy County Counsel
                                      Office of the Nevada County Counsel
                                      950 Maidu Ave, Suite 240
                                      Nevada City, California 95959-8600
                                      Telephone: (530) 265-1319
                                      Email: s.ely@nevadacountyca.gov

                                      Attorneys for Defendant
                                      NEVADA COUNTY, CALIFORNIA

IT IS SO ORDERED:

This action is submitted to the Voluntary Dispute Resolution Program.  The Scheduling Conference is continued to **February 9, 2026 at 1:30 p.m**.  A joint status report shall be filed no later than **January 26, 2026** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed July 10, 2025 (Docket No. 5).

Dated: September 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE