Ariel Strauss
Greenfire Law, P.C.
P.O. Box 8055
Berkely, California 94707
Phone: 310-709-1213
Email: ariel@alegal.info

Andrew J. Campanelli (*pro hac vice*)
CAMPANELLI & ASSOCIATES, P.C.
1757 Merrick Avenue, Suite 204
Merrick, New York 11566
Telephone: (516) 746-1600
Email: ajc@campanellipc.com

*Attorneys for Putative Intervenors*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NEVADA COUNTY, CALIFORNIA,<br><br>　　　　　Defendant. | Case No.: 25-CV-01932 (WBS)(SCR)<br><br>**NOTICE OF MOTION**<br><br>Hearing Date: November 10, 2025<br>Time: 1:30 p.m.<br>Senior Judge William B. Shubb<br>Ctrm: Courtroom 5, 14th Floor<br>501 I Street<br>Sacramento, CA 95814 |

1

NOTICE OF MOTION (Case No.25-CV-01932 (WBS)(SCR))

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, November 10, 2025, at 1:30 p.m., or as soon thereafter as the parties may be heard, Proposed Intervenor will and hereby does move this Court at the Sacramento Courthouse, Courtroom 5, 14th Floor, 501 I Street Sacramento, CA 95814, for an Order granting intervention as of right, or in the alternative, permissive intervention, together with such other and further relief the Court deems just and proper.

This Motion is based on the following documents: this Notice of Motion, [Proposed] Motion and the accompanying Exhibits; any oral arguments to be made at the hearing on this Motion; and all the other papers, documents, or Exhibits on file or to be filed in this action.

Dated: October 2, 2025

          Law Offices of Ariel Strauss

          By: /s/ Ariel Strauss (Bar # 282230)
               Ariel Strauss

          CAMPANELLI & ASSOCIATES, P.C.

          By: /s/ Andrew J. Campanelli (*Pro Hac Vice*)
               Andrew J. Campanelli

          *Attorneys for the Putative Intervenors*