PAUL B. ALBRITTON, State Bar No. 104172
MELANIE SENGUPTA, State Bar No. 244615
MACKENZIE & ALBRITTON LLP
155 Sansome Street, Suite 620
San Francisco, CA 94104
Telephone: (415) 288-4000
Facsimile: (415) 288-4010
Emails:   pa@mallp.com
          m.sengupta@mallp.com

Attorneys for Plaintiff SACRAMENTO VALLEY LIMITED
PARTNERSHIP, a California Limited Partnership
d/b/a VERIZON WIRELESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS,<br><br>             Plaintiff,<br><br>    vs.<br><br>NEVADA COUNTY, CALIFORNIA,<br><br>             Defendant. | Case No. 2:25-cv-01932-WBS-SCR<br><br>**NOTICE OF MOTION AND MOTION BY PLAINTIFF VERIZON WIRELESS TO DISMISS INTERVENOR'S COUNTERCLAIM**<br><br>Hearing date: March 2, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5<br>The Honorable William B. Shubb |
| KRISTIN PHALEN,<br><br>             Intervenor. | |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, March 2, 2026, at 1:30 p.m., or as soon thereafter as this motion may be heard, in the courtroom of the Honorable William B. Shubb, in the United States District Court for the Eastern District of California, located at 501 I Street, Courtroom 5, 14th Floor, Sacramento, California, defendants Sacramento-Valley Limited Partnership, doing business as Verizon Wireless ("Verizon"), will and hereby do move to dismiss intervenor's answer with counterclaims and cross-claims (ECF Nos. 16-3 and 28) (the "Counterclaim").

This motion is brought on the grounds that the Counterclaim alleges well-established forms of relief, but not independent substantive claims and intervenor does not have standing because her alleged injury is not concrete and particularized and also not ripe. In addition, the Counterclaim violates the requirement for a "short and plain statement of the claim" under Federal Rule of Civil Procedure 8 and fails to provide a factual basis for any alleged violation of law and grounds for jurisdiction. Because Phalen cannot plausibly remedy these infirmities, the Counterclaim must be dismissed without leave to amend.

This motion is made pursuant to Federal Rules of Civil Procedure 8, 12 (including 12(b)(1) and 12(b)(6)), and 41(b), and is based on this Notice of Motion and Motion, the supporting brief filed herewith, any oral argument to be heard by the Court, matters as to which the Court takes judicial notice, and such other matters as the Court deems proper.

Dated: December 3, 2025

MACKENZIE & ALBRITTON LLP

/s/ Melanie Sengupta
Melanie Sengupta
Paul B. Albritton
Attorneys for Plaintiff SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS