Ariel Strauss (Bar # 282230)
Law Offices of Ariel Strauss
92 Pine Hill Drive
El Sobrante, California 94803
Phone: 310-709-1213
Email: ariel@alegal.info

Andrew J. Campanelli (*pro hac vice*)
CAMPANELLI & ASSOCIATES, P.C.
1757 Merrick Avenue, Suite 204
Merrick, New York 11566
Telephone: (516) 746-1600
Email: ajc@campanellipc.com

*Attorneys for Putative Intervenors*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>- against -<br><br>NEVADA COUNTY, CALIFORNIA,<br><br>Defendant.<br><br>KRISTIN PHALEN,<br><br>Intervenor. | No. 25-CV-01932 (WBS) (SCR)<br><br>**STIPULATION AND ORDER TO EXTEND INTERVENOR KRISTIN PHALEN'S TIME TO FILE RESPONSE TO PLAINTIFF VERIZON WIRELESS' MOTION TO DISMISS INTERVENOR'S COUNTERCLAIM AND TO EXTEND DEFENDANT NEVADA COUNTY'S TIME TO RESPOND TO INTERVENOR'S CROSS-CLAIMS** |

1

Pursuant to Local Rule 144, Intervenor Kristin Phalen ("Intervenor"), Plaintiff Sacramento-Valley Limited Partnership, doing business as Verizon Wireless ("Verizon") and Defendant Nevada County, California, through their respective undersigned counsel, stipulate and agree as follows:

On December 3, 2025, Intervenor filed an Answer to Plaintiff's Complaint with Counterclaims and Cross-claims. On December 3, 2025, Plaintiff filed a motion to dismiss Intervenor's Counterclaim (the "Motion" ECF No. 29), with a hearing date of March 2, 2026. This is the parties' first request for an extension of time to file Intervenor's response to Verizon's motion and first request for an extension of time to file Defendant's response to Intervenor's Cross-claims.. The parties are considering a resolution that would avoid further motion practice on these issues, and seek to extend the existing deadline for Intervenor to respond to Verizon's motion, and for Defendant to respond to Intervenor's Cross-claims.

NOW THEREFORE,

The parties stipulate and agree that the due date for Intervenor to respond to Verizon's motion shall be extended by 30 days. Intervenor shall file her response to Verizon's motion on or before January 16, 2026, and Verizon's reply, if any, on or before January 30, 2026.  In addition, Defendant shall file its response to Intervenor's Cross-claims on or before January 16, 2026.

If the parties need additional time to engage in discussions regarding the above-mentioned resolution of Verizon's motion and Intervenor's Counterclaims and Cross-claims, they will file a future stipulation on or before January 16, 2026. The parties represent that this stipulation is made in good faith and not for the purpose of delay.

[*Signatures follow on next page*]

| | |
|---|---|
| DATED: | DATED: |
| CAMPANELLI & ASSOCIATES, P.C. | MACKENZIE & ALBRITTON LLP |
| _____ | _____ |
| Andrew J. Campanelli (*pro hac vice*) | Melanie Sengupta, State Bar No. 244615 |
| 1757 Merrick Avenue, Suite 204 | As authorized on |
| Merrick, New York 11566 | 155 Sansome Street, Suite 620 |
| Telephone: (516) 746-1600 | San Francisco, California 94104 |
| Email: ajc@campanellipc.com | Telephone: (415) 288-4000 |
| | Email: m.sengupta@mallp.com |
| *Attorneys for Intervenor, Kristin Phalen* | *Attorneys for Plaintiff* |

DATED:

OFFICE OF NEVADA COUNTY COUNSEL

_____
Sims Ely, State Bar No. 304469
Deputy County Counsel
As authorized on
950 Maidu Ave., Suite 240
Nevada City, California 95959
Telephone: (530) 265-1319
Email: s.ely@nevadacountyca.gov

*Attorneys for Nevada County, California*

IT IS SO ORDERED.

Dated:                                    _____
                                          The Honorable William B. Shubb
                                          Senior United States District Judge