Ariel Strauss (Bar # 282230)
Law Offices of Ariel Strauss
92 Pine Hill Drive
El Sobrante, California 94803
Phone: 310-709-1213
Email: ariel@alegal.info

Andrew J. Campanelli (pro hac vice)
CAMPANELLI & ASSOCIATES, P.C.
1757 Merrick Avenue, Suite 204
Merrick, New York 11566
Telephone: (516) 746-1600
Email: ajc@campanellipc.com

Attorneys for Intervenor KRISTIN PHALEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA COUNTY, CALIFORNIA,<br><br>Defendant,<br><br>and<br><br>KRISTIN PHALEN,<br><br>Intervenor. | Case No.: 2:25-cv-01932-WBS-SCR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CROSS-CLAIMS AND COUNTER-CLAIMS PURSUANT TO FRCP 41(a)(1)(A)(i) and 41(c)(1)**<br><br>Hearing Date:<br>Time:<br>Courtroom:<br>The Honorable William B. Shubb |

Intervenor Kristin Phalen hereby gives notice of the voluntary dismissal of her cross-claims and counter-claims County pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c)(1).

Intervenor Kristin Phalen included in her Answer, filed December 3, 2025, two cross-claims and two counter-claims. Defendant Nevada County has not filed an answer to the cross-claims, nor filed a motion for summary judgment. Plaintiff Verizon Wireless has not filed an answer to the cross-claims but has filed a motion to dismiss. Consequently, as no responsive pleadings have been filed, Intervenor Kristin Phalen voluntarily dismisses her cross-claims and counter-claims without prejudice.

Dated: January 15, 2026

CAMPANELLI & ASSOCIATES, P.C.

By: _____/s/_____
    Andrew J. Campanelli    (*Pro Hac Vice*)

*Attorneys for Intervenor Kristin Phalen*

INTERVENOR KRISTIN PHALEN'S NOTICE OF VOLUNTARY DISMISSAL
2:25-cv-01932-WBS-SCR