PAUL B. ALBRITTON, State Bar No. 104172
MELANIE SENGUPTA, State Bar No. 244615
MACKENZIE & ALBRITTON LLP
155 Sansome Street, Suite 620
San Francisco, CA 94104
Telephone: (415) 288-4000
Facsimile: (415) 288-4010
Emails:        pa@mallp.com
               m.sengupta@mallp.com

Attorneys for Plaintiff SACRAMENTO VALLEY LIMITED
PARTNERSHIP, a California Limited Partnership
d/b/a VERIZON WIRELESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA COUNTY, CALIFORNIA,<br><br>Defendant.<br><hr>KRISTIN PHALEN,<br><br>Intervenor. | Case No. 2:25-cv-01932-WBS-SCR<br><br>**JOINT STIPULATION AND REQUEST TO MOVE STATUS CONFERENCE**<br><br>Hearing date: April 20, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5<br>The Honorable William B. Shubb |

Plaintiff Sacramento Valley Limited Partnership d/b/a Verizon Wireless ("Verizon"), Defendant Nevada County, and Intervenor Kristin Phalen through their respective undersigned counsel, stipulate and agree as follows:

In December 2025, the parties began settlement discussions facilitated through the Court's voluntary dispute resolution program.

1

JOINT STIPULATION AND REQUEST TO MOVE STATUS CONFERENCE

Pursuant to the Court's Order (ECF No. 30), the parties' joint status report is due on or before April 6, 2026, and the scheduling conference is set for April 20, 2026.

The parties are currently in settlement discussions that, if successful, would result in the dismissal of this action. The parties have tentatively reached agreement on high level terms for a conditional settlement.  However, the parties require additional time to document their agreement and obtain the necessary approvals from their respective clients.  To allow the parties to dedicate their time and resources towards a potential settlement, rather than in furtherance of continued litigation, the parties seek to extend the deadline for the joint status report and date of the scheduling conference.

NOW THEREFORE,

The parties stipulate and request that the Court move the status conference from April 20, 2026, to July 20, 2026, or as soon thereafter as the Court's calendar allows. The parties shall file their joint status report on or before July 6, 2026.

If the parties need additional time to engage in further settlement discussions, they will file a future stipulation for extension of time on or before June 30, 2026.

The parties represent that this stipulation is made in good faith and not for the purpose of delay.

[*Signatures follow on next page*]

JOINT STIPULATION AND REQUEST TO MOVE STATUS CONFERENCE

DATED: March 30, 2026

MACKENZIE & ALBRITTON LLP

/s/ Melanie Sengupta
Melanie Sengupta, State Bar Number 244615
155 Sansome Street, Suite 620
San Francisco, CA 94104
(415) 288-4000
m.sengupta@mallp.com

Attorneys for Plaintiff SACRAMENTO
VALLEY LIMITED PARTNERSHIP, a
California Limited Partnership d/b/a
VERIZON WIRELESS

DATED: March 30, 2026

OFFICE OF NEVADA COUNTY COUNSEL

/s/ Sims Ely
(as authorized on March 30, 2026)
Sims Ely, State Bar Number 304469
950 Maidu Ave., Suite 240
Nevada City, California 95959
Telephone: (530) 265-1319
Email: s.ely@nevadacountyca.gov

Attorneys for Defendant NEVADA COUNTY

DATED: March 30, 2026

CAMPANELLI & ASSOCIATES, P.C.

/s/ Andrew Campanelli
(as authorized on March 30, 2026)
Andrew J. Campanelli (pro hac vice)
1757 Merrick Avenue, Suite 204
Merrick, New York 11566
Telephone: (516) 746-1600
Email: ajc@campanellipc.com

Attorneys for Intervenor, KRISTIN PHALEN

IT IS SO ORDERED:

    The Scheduling Conference is continued from April 20, 2026, to **August 10, 2026 at 1:30 p.m.** in Courtroom 5.  The parties shall file their joint status report on or before **July 27, 2026.**

Dated:  March 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND REQUEST TO MOVE STATUS CONFERENCE