PAUL B. ALBRITTON, State Bar No. 104172
MELANIE SENGUPTA, State Bar No. 244615
MACKENZIE & ALBRITTON LLP
155 Sansome Street, Suite 620
San Francisco, CA 94104
Telephone: (415) 288-4000
Facsimile: (415) 288-4010
Emails:        pa@mallp.com
               m.sengupta@mallp.com

Attorneys for Plaintiff SACRAMENTO VALLEY LIMITED
PARTNERSHIP, a California Limited Partnership
d/b/a VERIZON WIRELESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA COUNTY, CALIFORNIA,<br><br>Defendant.<br><br>KRISTIN PHALEN,<br><br>Intervenor. | Case No. 2:25-cv-01932-WBS-SCR<br><br>**SECOND JOINT STIPULATION AND REQUEST TO MOVE STATUS CONFERENCE**<br><br>Hearing date: August 10, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5<br>The Honorable William B. Shubb |

Plaintiff Sacramento Valley Limited Partnership d/b/a Verizon Wireless ("Verizon Wireless"), Defendant Nevada County, and Intervenor Kristin Phalen through their respective undersigned counsel, stipulate and agree as follows:

In December 2025, the parties began settlement discussions facilitated through the Court's voluntary dispute resolution program.

1

JOINT STIPULATION AND REQUEST TO MOVE STATUS CONFERENCE

This is the parties' second request for an extension of time to file a joint status report and postponement of the scheduling conference. On the parties' previous stipulation (ECF No. 36), the Court granted the parties' extensions of time ("Previous Extension," ECF No. 37). Pursuant to the Previous Extension, the parties' joint status report is due on or before July 27, 2026, and the scheduling conference is set for August 10, 2026. The previous stipulation states, "If the parties need additional time to engage in further settlement discussions, they will file a future stipulation for extension of time on or before June 30, 2026." (ECF No. 36). The parties file this second request in compliance with that language.

The parties continue to engage in productive settlement discussions that, if successful, would result in the dismissal of this action. While the parties have agreed upon a settlement in principle, additional time is needed for the parties to resolve their comments and redlines to the settlement agreement. To allow the parties to dedicate their time and resources towards a potential settlement, rather than in furtherance of continued litigation, the parties seek to extend the deadline for the joint status report and date of the scheduling conference.

NOW THEREFORE,

The parties stipulate and request that the Court move the status conference from August 10, 2026, to November 16, 2026, or as soon thereafter as the Court's calendar allows. The parties shall file their joint status report on or before November 2, 2026.

If the parties need additional time to engage in further settlement discussions, they will file a future stipulation for extension of time on or before October 30, 2026.

The parties represent that this stipulation is made in good faith and not for the purpose of delay.

[*Signatures follow on next page*]

DATED: June 30, 2026

MACKENZIE & ALBRITTON LLP

/s/ Melanie Sengupta
Melanie Sengupta, State Bar Number 244615
155 Sansome Street, Suite 620
San Francisco, CA 94104
(415) 288-4000
m.sengupta@mallp.com

Attorneys for Plaintiff SACRAMENTO
VALLEY LIMITED PARTNERSHIP, a
California Limited Partnership d/b/a
VERIZON WIRELESS

DATED: June 30, 2026

CAMPANELLI & ASSOCIATES, P.C.

/s/ Andrew Campanelli
(as authorized on June 30, 2026)
Andrew J. Campanelli (pro hac vice)
1757 Merrick Avenue, Suite 204
Merrick, New York 11566
Telephone: (516) 746-1600
Email: ajc@campanellipc.com

Attorneys for Intervenor, KRISTIN PHALEN

DATED: June 30, 2026

OFFICE OF NEVADA COUNTY COUNSEL

/s/ Sims Ely
(as authorized on June 30, 2026)
Sims Ely, State Bar Number 304469
950 Maidu Ave., Suite 240
Nevada City, California 95959
Telephone: (530) 265-1319
Email: s.ely@nevadacountyca.gov

Attorneys for Defendant NEVADA COUNTY

IT IS SO ORDERED.

The Scheduling Conference is continued from August 10, 2026, at 1:30 p.m., to **November 16, 2026 at 1:30 p.m.** in Courtroom 5.  The parties shall file their joint status report on or before **November 2, 2026.**

Dated:  June 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND REQUEST TO MOVE STATUS CONFERENCE