PAUL B. ALBRITTON, State Bar No. 104172
MELANIE SENGUPTA, State Bar No. 244615
MACKENZIE & ALBRITTON LLP
155 Sansome Street, Suite 620
San Francisco, CA 94104
Telephone: (415) 288-4000
Facsimile: (415) 288-4010
Emails: pa@mallp.com
m.sengupta@mallp.com

Attorneys for Plaintiff SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA COUNTY, CALIFORNIA,<br><br>Defendant. | Case No. 2:25-cv-01932-WBS-SCR<br><br>**THIRD JOINT STIPULATION AND REQUEST TO MOVE STATUS CONFERENCE**<br><br>Hearing date: November 16, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5<br>The Honorable William B. Shubb |
| KRISTIN PHALEN,<br><br>Intervenor. | |

Plaintiff Sacramento Valley Limited Partnership d/b/a Verizon Wireless ("Verizon Wireless"), Defendant Nevada County, and Intervenor Kristin Phalen through their respective undersigned counsel, stipulate and agree as follows:

In December 2025, the parties began settlement discussions facilitated through the Court's voluntary dispute resolution program.

This is the parties' third request for an extension of time to file a joint status report and postponement of the scheduling conference. The parties filed their first stipulation (ECF No. 36), the Court granted the parties' extensions of time (ECF No. 37). Subsequently, the parties filed their second stipulation (ECF No. 38), which the Court subsequently granted ("Previous Extension," ECF No. 39). Pursuant to the Previous Extension, the parties' joint status report is due on or before November 2, 2026, and the scheduling conference is set for November 16, 2026. The previous stipulation states, "If the parties need additional time to engage in further settlement discussions, they will file a future stipulation for extension of time on or before October 30, 2026." (ECF No. 38). The parties file this third request in compliance with that language.

The parties continue to engage in productive settlement discussions that, if successful, would result in the dismissal of this action. While the parties have agreed upon a settlement in principle, additional time is needed for the parties to resolve their comments and redlines to the settlement agreement. To allow the parties to dedicate their time and resources towards a potential settlement, rather than in furtherance of continued litigation, the parties seek to extend the deadline for the joint status report and date of the scheduling conference.

NOW THEREFORE,

The parties stipulate and request that the Court move the status conference from November 16, 2026, to February 22, 2027, or as soon thereafter as the Court's calendar allows. The parties shall file their joint status report on or before February 8, 2027.

If the parties need additional time to engage in further settlement discussions, they will file a future stipulation for extension of time on or before January 29, 2027.

The parties represent that this stipulation is made in good faith and not for the purpose of delay.

[*Signatures follow on next page*]

DATED: October 27, 2026

MACKENZIE & ALBRITTON LLP

*/s/ Melanie Sengupta*
Melanie Sengupta, State Bar Number 244615
155 Sansome Street, Suite 620
San Francisco, CA 94104
(415) 288-4000
m.sengupta@mallp.com

Attorneys for Plaintiff SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California Limited Partnership d/b/a VERIZON WIRELESS

DATED: October 27, 2026

OFFICE OF NEVADA COUNTY COUNSEL

*/s/ Sims Ely*
*(as authorized on October 26, 2026)*
Sims Ely, State Bar Number 304469
950 Maidu Ave., Suite 240
Nevada City, California 95959
Telephone: (530) 265-1319
Email: s.ely@nevadacountyca.gov

Attorneys for Defendant NEVADA COUNTY

DATED: October 27, 2026

CAMPANELLI & ASSOCIATES, P.C.

*/s/ Andrew Campanelli*
*(as authorized on October 26, 2026)*
Andrew J. Campanelli (*pro hac vice*)
1757 Merrick Avenue, Suite 204
Merrick, New York 11566
Telephone: (516) 746-1600
Email: ajc@campanellipc.com

Attorneys for Intervenor, KRISTIN PHALEN

IT IS SO ORDERED.

The Scheduling Conference is continued from November 16, 2026, at 1:30 p.m., to February 22, 2027 at 1:30 p.m. in Courtroom 5. The parties shall file their joint status report on or before February 8, 2027.

Dated: October 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE